IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
SEAN WALSH, et. al.  : CASE NO.   1:05 CV 00769
 :
        Plaintiffs,  :
 :
   -vs-  :
 : <u>JUDGMENT ENTRY</u>
AT&T CORP.,  :
        Defendant.  :
------------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

  This Court, having contemporaneously entered its Memorandum of Opinion and Order Granting AT&T Corp.'s Motion for Summary Judgment, hereby enters judgment in favor of defendant AT&T Corp.

  IT IS SO ORDERED.

                   <u>/s/ Lesley Wells</u>
                   UNITED STATES DISTRICT JUDGE

Dated: <u>11 July 2007</u>